# Third District Court of Appeal

## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-155
Lower Tribunal No. 21-4814
_____

**William Gerard Rivera,**
Appellant,

vs.

**Inorys Hernandez Reyes, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Kubicki Draper, P.A., Bretton C. Albrecht and Joanne I. Nachio (Fort Lauderdale), for appellant.

De La Heria & Associates, P.A., and Raul De La Heria, for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.